UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| ARTHUR A. BLUMEYER, III ) | |
| ) | |
| Debtor. ) | |
| _____) | |
| ) | |
| ARTHUR A. BLUMEYER, III, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| vs. ) | Case No. 4:07CV186 CDP |
| ) | |
| DAVID SOSNE, ) | |
| ) | |
| Appellee. ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on appellee David Sosne's motion to dismiss appellant Arthur Blumeyer's appeal from an order of the bankruptcy court dated October 4, 2006. On January 24, 2007, I issued an order barring the Clerk of the Court from accepting any additional motions, pleadings, or documents in the matter of <u>Blumeyer v. Sosne</u>, 4:06CV1681 CDP. In that case, Blumeyer raised the identical argument that he has raised here. He argued that the bankruptcy court did not have jurisdiction over his case because a Missouri state court had appointed a statutory trustee under Mo. Rev. Stat. § 460.100 prior to Blumeyer's

filing for bankruptcy. As I recognized in that order, Blumeyer has repeatedly failed to follow the procedural requirements of this court. As in the previous case, there is no indication that Blumeyer has either paid the filing fee or filed a proper motion to proceed *in forma pauperis*. As a result, Blumeyer's appeal will be dismissed with prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that appellant's appeal from the order issued by the Bankruptcy Court [#1] is **Dismissed** with prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated 3rd day of May, 2007.